# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONNA M. BOYD,

    Plaintiff

v.

FRANK BISIGNANO, Commissioner of Social Security,

    Defendant

Case No.: 3:23-cv-00482-CSD

**Order**

This matter is hereby **REMANDED** to the Administrative Law Judge for further proceedings consistent with the Ninth Circuit's memorandum disposition (ECF No. 19).

**IT IS SO ORDERED**.

Dated: October 29, 2025

_____
Craig S. Denney
United States Magistrate Judge